FILED

2006 Sep-26  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| LESTER McCLEOD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 6:05-cv-02293-LSC-HGD |
| | ) |
| JAY WARNER, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 16, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a

---

[1]  A copy of the Report and Recommendation mailed to plaintiff at his last known address has been returned to the court as undeliverable.  The plaintiff has failed to advise the court of his new address.

matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

Done this 26th day of September 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153